In the Matter of the Application of DAVID M. OLTARSH, Appellant, against SAMUEL LEVY, as President of the Borough of Manhattan of the City of New York, Respondent.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [152 Misc. 674.]

PAULINE MELNICK, Respondent, v. BENJAMIN WINTER, Defendant. Application of SALON deTROUSSEAUX, INC., Appellant, a Junior Judgment Creditor of BENJAMIN WINTER, the Above-Named Defendant; BESSIE AVERETT (Assignee of Judgment Recovered in the Above-Entitled Action), Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LUIGI DIMARIA, Judgment Creditor, Appellant, v. SALVATORE PASSAMONTI, Judgment Debtor, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MILLS NOVELTY COMPANY, Respondent, v. THEODORE A. SUNDERMAN, Individually and as Acting Property Clerk of the Police Department of the City of New York, and Another, Appellants.† — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., and Untermyer, J., dissent and vote to reverse and deny the motion.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Rehabilitate the LAWYERS MORTGAGE COMPANY. In the Matter of the Petition of SIMON BORG & COMPANY and Others, Petitioners, Appellants. HARRIS D. COLT, as Trustee, etc., of EDWARD M. CAMERON, Deceased, and Another, Petitioners; GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Rehabilitator of the LAWYERS MORTGAGE COMPANY, and LAWYERS MORTGAGE COMPANY, Respondents.‡ — Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [151 Misc. 744.]

In the Matter of the Application of DAVID REICHMILLER, Appellant, for an Order of Mandamus against GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, Respondents.— Order modified by granting an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARY CYR and LEONARD CYR, Respondents, v. F. W. WOOLWORTH COMPANY, Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.